United States District Court
for the
Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DIST ARKANSA
FILED
JUN 06 2014
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Petition for civil rights suit filed pro se and in forma pauperis complaining of the violation of Constitutional rights and medical malpractice by the Defendants and seeking appointment of counsel by the Honorable Court.

Jimmie T. Blackwell
Petitioner

Case No. 14-1035

vs.

U.S. Department of Veterans Affairs,
Overton Brooks VA Medical Center,
Tom P. Senff, OBVAMC.
MaryAnn Kaylor, OBVAMC, et al.

## Statement

The petitioner is an aged pauper and indigent citizen having only an eighth grade formal education and now begs the Honorable Court's indulgence for that lack of intellect concerning the proper niceties of procedural policies and presentment. Also, for that reason;

S

I herewith beg that the Honorable Court will appoint and assign an attorney of this District to properly represent my cause.

Beginning in 1996 the Overton Brooks VA Medical Center at Shreveport, Louisiana began a treatment regimen of Chronic Pain Syndrome for me which had its begining when I was only eight years old was diagnosed with Rheumatic Fever and with Poliomyelitis. In the early years I discovered the meaning and difference between acute and chronic pain. It lasted, even, through two years service in the Army. Finally it was a partial cause for an early honorable discharge.

Past Polio Syndrome is a chronic pain disease and like many other chronic pain diseases is progressive and uncurable. It can only be abated and allieved. As far as I can discern the entire staff at OBVAMC who serviced me is aware of the foregoing and knews that the only guarantie concerning that disease is that it WILL get worse.

Complaint -

The first document of proof that OBVAMC prescribed opiate drugs for my cronic pain disease is from a 59-page "Confidential Ad Hoc Summary" from the RXOP - Outpatient Pharmacy, and states that on June 11, 1996 Dr. Francisco Alverez prescribed for me 90 Oxycodone 5mg / acetaminophen 325 mg TAB AS NEEDED FOR PAIN; and, thus began an 18-doctor, 8,600+ opiate dosage regimen prescribed and issued by OBVAMC to me. It is documented in that aforementioned Ad Hoc Summary and is a matter of the Center's own medical records.

Throughout the years I have had battles with OBVAMC over inconsequential so-called "FLAGS" being put upon my records which allows a doctor or an administrator to deny by "POLICY RULES" to issue my pain medications.

I enclose and attach hereto a 4-page "Letter of Intent" and one page of verified doctors who have prescribed for me at OBVAMC for this Honorable Court's edification and to show my reason for this filing of my cause.

This is horrible behavior done by entities of the U.S. Department of Veterans

Affairs and the Veterans Health Affairs (VHA) and I charge adjudication is demanded by all U.S. citizens from the federal Courts of the United States.

I charge the Department of Veterans Affairs, the Overton Brooks VA Medical Center, Tom P. Senty MD of OBVAMC, and Marylinn Kaylor of OBVAMC with these crimes and medical malpractice and, having little or no experience or knowledge in proper filing procedure I pray this Honorable Court will appoint council to file proper court action for me; and, I ask $200,000.00 recompense for my suffering.

I further beg the Honorable Court to inform me by U.S. Mail if certain procedures must be done by me to have my case proceed further.

I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: June 06, 2014

Jimmie F. Blackwell
Petitioner's signature
JIMMIE F. BLACKWELL
printed name
605E N. Florida St.
Crossett, AR 71635
(870) 415-3355

Jim T. Blackwell
605 E. N. Florida St.
Crossett, AR 71635

MaryAnn Taylor
Operations Manager
Primary Care Service
OVAMC 510 E. Stoner Av.
Shreveport, LA 71101

## Letter Of Intent

Dear Ms. Taylor:

Whenever I make an attempt to have proper medical treatment restored to me regarding my Chronic Pain Syndrome always I am directed to you by many entities of the Department of Veterans Affairs. Your VA records and mine confirm this. Each of us is very aware of the sophistry used by the VA, and especially at Overton Brooks.

Those sophisms, the chicanery and, very often, lies are put upon your shoulders from sources of the VA all the way up to Eric K. Shinseki in Washington, D.C.

The heading of this letter perhaps has no legal value at this stage, but I do assure you that it will be used as

page 1 of 4

Discovery Evidence, should it be used in Federal Court naming gov and other VA co-defendants, who will also receive copies.

So-called "Flags" are what OBVAMC uses to justify their criminality of purposefully inflicting upon me very great and very disabling pain upon me by refusing to properly treat my OBVAMC diagnosed disease and the regimen of medication thereof.

These flags are policy and have no legal resource whatsoever; they are, at best, corporate denials. At worst they cause extreme harm and pain — sometimes death. The two admitted flags against me are not even effectual. They have no standing because of two very important dates: December 09, 2010; and July 15, 2013.

On December 09, 2010 Caddo 1st District Judge Craig Marcotte gave early termination to my probation, and I became once more a U.S. Citizen entitled to Constitutional Rights.

On July 15, 2013 Dr. Michael J. Acurio of Orthopedic Specialists of Louisiana ended his prescribing of Oxycodone to me.

Even a policy when it no longer has an affect or purpose, Ms. Taylor, is not a cause for action detrimental to an individual.

If an entity, be it a doctor, a common person, or an institution or corporation willingly causes harm or pain upon a patient that is unlawful then that entity becomes liable to law enforcement and judication. If the patient's civil rights are denied and violated that entity is then twice at fault.

It is not you who denies my VA rights, treatment and medicines. You can not administer treatment nor prescribe medicines. But the powers-that-be, dear lady, each shift blame and closure directly to you. You craftily try to shift it off onto primary care physicians, but that is where the whole problem began in the first place. A return to them expects a reply that if you can not help me then it is out of their hands. The "administration" will not allow them to do their job because of "Policy". It makes one wonder whatever happened to "FIRST DO NO HARM". I asked that of my PCP on my last visit. His silence screamed out "Guilty".

I am enclosing hereto some copys of documents which I know you have access to, but I ask you to consider them anyway and perhaps you can relate their significance to my cause. I do not doubt your intelligence; only your motives.

In closing, I now say the ball is in your court, even if circumstancially, and I say that you and your co-conspirators now have a period of 72 hours from time of receipt to give notice to me that preparation has begun to honor my cause — — or my intent to sue for redress will assuredly begin.

Respectfully yours,
this 30th day of May 2014
Jim F. Blackwell

Following is a list of OSVAMC physicians who have prescribed over 8,600 opiate doses of medication to me.

| | |
|---|---|
| Saadah Abrajob | Rama Kafani |
| Asher J. Odisho | Jinan M. Shali |
| Phillip N. Madonia | Gaber I. Kheiralla |
| Jemesa D. Courtney | Manju Singh |
| Ngoc X. Nguyen | Chris O. Woodard |
| Shail Dalal | Sanjay Jain |
| Adetokunbo Pesalu | Tammi R. Peck-Samman |
| Dialynn Keller | William P. Spillers |
| Malthukar Saran | Francisco Alvarez |

It would surely prove to be a very interesting claim to see how many, if any, OSVAMC current physicians will state they are sure that their own expertise surpasses all the above and that all of them were in error to give those pain alleviators to me.

Jim F. Blackwell
5-30-2014