UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JIM F. BLACKWELL                         CIVIL ACTION NO. 15-cv-0091

VERSUS                                   JUDGE FOOTE

U.S. DEPT. OF VETERANS AFFAIRS,          MAGISTRATE JUDGE HORNSBY
ET AL

**MEMORANDUM ORDER**

Jim Blackwell ("Plaintiff") is a frequent filer of meritless litigation. Most of the actions have centered around Plaintiff's allegations that physicians at the VA Medical Center refused to prescribe Plaintiff the amount of Oxycodone and other pain medication that he desired. He has been banned from filing any suits in this district without advance cash payment of the filing fee. Plaintiff at least twice filed new suits here after the ban, and they were dismissed after he failed to pay the filing fee.

The undersigned outlined Plaintiff's litigation history in a recent order (Doc. 34) that revoked his pauper status and ordered that he pay the $400 filing fee in cash by February 6, 2015 or see his complaint be stricken and the case closed for failure to pay the filing fee. The deadline has passed, and Plaintiff has not delivered a payment to the Clerk of Court. Accordingly, the complaint in this civil action is stricken, and the Clerk of Court is directed to close this case. As has been warned in prior actions, the court may impose more serious sanctions on Plaintiff if he continues to file frivolous suits.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 10th day of February, 2015.

Mark L. Hornsby
U.S. Magistrate Judge